IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01580-WYD-BNB

AUTO CLUB FAMILY INSURANCE COMPANY,

    Plaintiff,

v.

SETH BODENHAUSEN;
KANE F. JOHNSON, A minor, by and through is parents and legal guardians, Kevin L. Johnson and Cheryl L. Johnson;
KEVIN L. JOHNSON, Individually; and
CHERYL L. JOHNSON, Individually,

    Defendants.

---

**ORDER OF DISMISSAL OF CROSS-CLAIM AGAINST
DEFENDANT BODEHAUSEN**

---

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Cross-Claim Against Defendant Bodehausen (ECF No. 14), filed September 19, 2011. After carefully reviewing the above-captioned case, I find that the unopposed motion should be granted and that the Johnson Defendants' cross-claim should be dismissed against Defendant Bodehausen.  Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss Cross-Claim Against Defendant Bodehausen (ECF No. 14) is **GRANTED.**  In accordance therewith, the Johnson Defendants' cross-claim is **DISMISSED** against Defendant Bodehausen.

Dated: September 19, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge